# EXHIBIT A











# EXHIBIT B

**KONTROLFREEK PHOTOGRAPHS**          **INFRINGING PHOTOGRAPHS**



# EXHIBIT C



# EXHIBIT D









# EXHIBIT E





# EXHIBIT E

